**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**
**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

F I L E D

AUG 1 7 2010

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| United States District Court | Eastern District of Virginia | |
|---|---|---|
| Name (under which you were convicted): <br> Mario N. Baker | | Docket or Case No.: <br> 3:08-cr-0008 |
| Place of Confinement: <br> FCI Gilmer | | Prisoner No.: <br> 34194-183 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |
| | v. Mario Nathaniel Baker | |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   U.S. District Court -701 East Broad St. Suite 3000
   Richmond, Va. 23219 (Fourth Circuit)

   (b) Criminal docket or case number (if you know): 3:08-cr-0008

2. (a) Date of the judgment of conviction (if you know): June 10, 2008

   (b) Date of sentencing: September 12, 2008

3. Length of sentence: One hundred and eighty five (185) months

4. Nature of crime (all counts): Two counts of possession of a firearm
   by a convicted felon, 18 U.S.C.§922(g)(1); one count of
   possession with intent to distribute heroin, 21 U.S.C.§841;
   and one count of possession of a firearm in furtherance of
   a drug trafficking crime, 18 U.S.C.§ 924(c).

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
   or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☒  Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:

   (a) Name of court: U.S. Court of Appeals (Fourth Circuit)

   (b) Docket or case number (if you know): 08 - 4941

   (c) Result: The judgment was affirmed

   (d) Date of result (if you know): August 7, 2003

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: The District Court erred when it denied
   Mario N. Baker's Motion to Sever Count One of Superseding
   Indictment and for a seperate trial on Count one; The
   District Court erred when it denied Mario N. Baker's
   Motion for Judgement of Acquittal; and the sentence imposed
   by the District Court was unreasonable.

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐
   If "Yes," answer the following:

   (1) Docket or case number (if you know): 09-8380

   (2) Result: Denied

   (3) Date of result (if you know): February 22, 2009

   (4) Citation to the case (if you know): Arizona V. Gant

   (5) Grounds raised: The search incident to arrest was illegal
   in light of "Arizona V. Gant".

10. Other than the direct appeals listed above, have you previously filed any other motions,
    petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?   Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?   Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1) First petition:        Yes ❑   No ❑

(2) Second petition:    Yes ❑    No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts and law</u> supporting each ground.

GROUND ONE: <u>Trial counsel was ineffective for not filing a pre-trial motion to suppress evidence.</u>

(a) Supporting facts and law (State the specific facts and law that support your claim.):

<u>See Memorandum</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>See Memo-randum</u>

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

     Yes ❑   No ❑

(4) Did you appeal from the denial of your motion, petition, or application?

     Yes ❑   No ❑

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

     Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal
or raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:** `Trial counsel was ineffective for not preserving`
`Petitioner's constitutional rights on appeal.`

(a) Supporting facts and law (State the specific facts and law that support your claim.):

`See Memorandum`

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>See Memorandum</u>

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND THREE:** Apellate counsel was ineffective for not supplementing intervening law "Arizona V. Gant" properly.

(a) Supporting facts and law (State the specific facts and law that support your claim.):

See Memorandum _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: See Memorandum

_____

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒   No ❑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: Rehearing Motion

Name and location of the court where the motion or petition was filed: U.S Court of Appeals, Richmond, VA. 23219 (Fourth Circuit)

Docket or case number (if you know): 08-4941

Date of the court's decision: September 24, 2008

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

      Yes ❑   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❑   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❑   No ❑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

**GROUND FOUR:**  Petitioner should be granted relief under new intervening law "Arizona V. Gant.

(a) Supporting facts and law (State the specific facts and law that support your claim.):

  See Memorandum

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑ No ☑

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):_____

_____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑ No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑ No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____

_____

_____

_____

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?     Yes ❑   No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: Barry Montgomery-901 Moorefield Dr. ____

Suite 200, Richmond, VA. 23236 _____

(c) At trial: Barry Montgomery- 901 Moorefield Dr. Suite 200, ____

Richmond, VA. 23236 _____

(d) At sentencing: _____

_____

(e) On appeal: <u>Barry Montgomery- 901 Moorefield Dr. Suite 200</u>
<u>Richmond, VA. 23236</u>

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ☐ No ☒

(a)  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>That count(s):(2),(4),</u>
<u>and (6) be vacated, and on count (1), movant want a new</u>
<u>trial or a sufficient sentence reduction.</u>
or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>August</u>
<u>12, 2010</u> (month, date, year).

Executed (signed) on <u>August 12, 2010</u> (date).

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____
_____
_____

* * * * *





# PRIORITY MAIL
## UNITED STATES POSTAL SERVICE

**Rate**
**ailing Envelope**

**Domestic and International Use**

uasps.com

Any article of mailable material may be enclosed, as long as the envelope is not modified, and the contents are entirely confined within the envelope with the adhesive provided as the means of closure.

**INTERNATIONAL RESTRICTIONS APPLY**

**4-POUND WEIGHT LIMIT ON INTERNATIONAL APPLIES**

Customs forms are required. Consult the *International Mail Manual* (IMM) at pe.usps.gov or ask a retail associate for details.

Baker # 34194-183
Correctional Institution Gilmer
P.O. Box 6000
Glenville, W.V. 26351

To/Destinataire:

✦ 34194-183 ✦
Clerks Office
701 E. Broad St. Ste.3000
Richmond, VA · 23219
United States



Country of Destination/Pays de destination:

