Original

To: Clerk of Court,

I'm in the process of being transferred to the new facility in West Virginia (FCI McDowell). I will write you once I'm there and give you my new address. Thank-you.

Mario Baker
*Mario Baker*
34194-183



3:08CR008