

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Criminal No. 3:08cr88

MARIO N. BAKER

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Baker's claims are DISMISSED WITH PREJUDICE;

2. Baker's § 2255 Motion (Docket No. 82) is DENIED;

3. Baker's Motion for Summary Judgment (Docket No. 88) is DENIED;

4. The action is DISMISSED;

5. A certificate of appealability is DENIED.

Baker is ADVISED that he may appeal the decision of this Court. Should he wish to do so, written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the ability to appeal.

The Clerk of the Court is DIRECTED to send a copy of this Order to Baker and counsel of record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: February 23, 2012
Richmond, Virginia